

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

## No. 07-23-00111-CR

___

### DARREN RAY GUNNELS, APPELLANT

### V.

### THE STATE OF TEXAS, APPELLEE

___

On Appeal from the 100th District Court
Donley County, Texas
Trial Court No. 4184, Honorable Stuart Messer, Presiding

___

## December 27, 2023

## ORDER OF ABATEMENT AND REMAND

### Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Darren Ray Gunnels, appeals his conviction for evading arrest[1] and sentence to twenty years of confinement. Appellant has filed a brief but alleges, therein, that the clerk's record and reporter's record contain inaccuracies and omissions material to this appeal. By letter of December 5, 2023, we directed the State to file a response

___

[1] *See* TEX. PENAL CODE ANN. § 38.04.

indicating its agreement or disagreement with purported record errors. No response was filed. We remand the cause to the trial court for further proceedings.

Rules of Appellate Procedure 34.5(e) and 34.6(e)(3) provide that if a dispute concerning the accuracy of the clerk's record or reporter's record arises, the court may submit the dispute to the trial court for resolution. The trial court must then settle the dispute. TEX. R. APP. P. 34.5(e); 34.6(e)(2), (3).

We now abate the appeal and remand the cause to the trial court to settle whether any inaccuracies or omissions exist in the clerk's record or reporter's record. The trial court shall conduct a hearing by whatever means necessary and, if it finds any inaccuracies or omissions, it must order the trial court clerk or court reporter to correct the record and to file certified corrections in this Court. The trial court shall order any supplemental clerk's record and supplemental reporter's record and any other necessary findings to be prepared and filed in this Court on or before January 26, 2024. All appellate deadlines, including the present deadline to file the State's brief, are suspended until further order of the Court.

It is so ordered.

Per Curiam

Do not publish.